O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROSS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>MORGAN STANLEY SMITH BARNEY, LLC et al.,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-09687-ODW(JCx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER [50]** |

The Court has received Plaintiff Michael Ross's Motion for Reconsideration of the Court's Order denying Ross's remand motion. Because the Court carefully and thoroughly considered each party's arguments before ruling on the remand motion, the Court **DENIES** Ross's Motion for Reconsideration.

The Court also notes that Ross misconstrues the Court's previous Order. The Court clarifies that it did not dismiss any claims or parties in its Order denying the remand motion. Ross's entire Second Amended Complaint remains intact.

**IT IS SO ORDERED.**

April 17, 2013

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE