JS–6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL ROSS, | Case No. CV 12-09687 BRO (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MORGAN STANLEY SMITH BARNEY, LLC, a limited liability corporation; CYNTHIA NEWMAN, an individual; BRIAN KRUEGER, an individual; ROBERT L. PERRY, an individual; and DOES 1-20, inclusive, | Judge:    Beverly Reid O'Connell |
| Defendants. | |

The Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 ("Rule 68") of defendants Cynthia Newman, Robert Perry, and Brian Krueger, and Morgan Stanley Smith Barney LLC (collectively "Defendants") was accepted by Plaintiff Michael Ross ("Plaintiff") on or about February 27, 2014.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered pursuant to Rule 68 for Plaintiff and against Defendants in the sum of Thirty-One Thousand Dollars ($31,000.00), which is inclusive of all recoverable attorney's fees and costs.

This action is dismissed in its entirety.  All dates are VACATED.

**IT IS SO ORDERED.**

Dated:  March 5, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE